AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| PAUL SAPAN <br><br> *Plaintiff* <br> v. <br> MAXIMUM SECURITY ALARM, INC., ANDREW N. HIGGINS, 1TO1 SALES GROUP, LLC, SAVANTIUS, <br> *Defendant* | Civil Action No. <br> CV 12 - 6257 HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAXIMUM SECURITY ALARM, INC., ANDREW N. HIGGINS, 1TO1 SALES GROUP, LLC, SAVANTIUS, LLC, REVOCALIZE, LLC, BEN GEORGE, and JODY ROOKSTOOL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chris Reichman  SBN 250485
PRATO & REICHMAN, APC
3737 Camino del Rio South, Suite 303
San Diego, CA 92108
Telephone: 619-516-3300
Email: Admin@Prato-Reichman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*
Gordana Macic

Date: DEC 1 0 2012

*Signature of Clerk or Deputy Clerk*