Chris Reichman  SBN 250485
PRATO & REICHMAN, APC
3737 Camino del Rio South, Suite 303
San Diego, CA 92108
Telephone: 619-683-7971
Facsimile:  619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MAXIMUM SECURITY ALARM, INC., ANDREW N. HIGGINS, 1TO1 SALES GROUP, LLC, SAVANTIUS, LLC, REVOCALIZE, LLC, BEN GEORGE, and JODY ROOKSTOOL,<br><br>    Defendants. | Case No.: CV12-6257<br><br>**PROOF OF SERVICE ON MAXIMUM SECURITY ALARM, INC. & ANDREW N. HIGGINS** |

Pursuant to prior agreement with Plaintiff PAUL SAPAN, Defendants MAXIMUM SECURITY ALARM, INC. and ANDREW N. HIGGINS were served via e-mail with an effective service date of December 23, 2013.

DATED:  1/18/13                                PRATO & REICHMAN, APC


                                                  /s/ Christopher J. Reichman       
                                                 By: Christopher J. Reichman, Esq.
                                                 Prato & Reichman APC
                                                 Attorneys for Plaintiff
                                                 PAUL SAPAN

- 1 -

Proof of Service for Maximum Security Alarm & Andrew Higgins