United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL SAPAN, | CASE NO. 5:12-cv-06257 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| MAXIMUM SECURITY ALARM, INC., et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel shall contact Judge Lloyd's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: July 17, 2013

EDWARD J. DAVILA
United States District Judge