IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL SAPAN, | CASE NO. 5:12-cv-06257 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| MAXIMUM SECURITY ALARM, INC., et. al., | |
| Defendant(s). | |

On July 15, 2013, this court issued a Case Management Order which scheduled a Preliminary Pretrial Conference for this action on March 7, 2014, and required the parties to file a Joint Preliminary Pretrial Conference Statement on or before February 25, 2014.  See Docket Item No. 33. In addition, on July 17, 2013, the court issued an order referring this action to a settlement conference with Magistrate Judge Howard R. Lloyd to be completed within 90 days of the date of the order.  See Docket Item No. 34.

As of the date and time this order was filed, the parties have not demonstrated compliance with either order, and it appears to the court that Plaintiff has abandoned this action.  Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiff does not, **by 12:00 p.m. on March 4, 2014,** file a Joint Preliminary Pretrial Conference Statement which conforms to the undersigned's Standing Order and explains why the parties did not attend a settlement conference, or otherwise

1

CASE NO. 5:12-cv-06257 EJD
ORDER TO SHOW CAUSE

1  demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the
2  action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on
3  the order to show cause unless otherwise ordered by the court.

4  **IT IS SO ORDERED.**

6  Dated:  February 28, 2014



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-06257 EJD
ORDER TO SHOW CAUSE