United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL SAPAN, | CASE NO. 5:12-cv-06257 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| MAXIMUM SECURITY ALARM, INC., et. al., | |
| Defendant(s). | |

Since Plaintiff has complied as directed, the Order to Show Cause issued on February 28, 2014 (Docket Item No. 35), is DISCHARGED.

Additionally, having reviewed Plaintiff's statement (see Docket Item No. 36), the court has determined a pretrial conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for March 7, 2014, is CONTINUED to **11:00 a.m. on June 6, 2014.** The parties shall file a Joint Preliminary Pretrial Conference Statement on or before **May 27, 2014.**[1]

In addition, the court orders as follows:

1. Any request to amend the deadlines contained in the Case Management Order shall be made by stipulation or administrative motion pursuant to Civil Local Rule 7-11 which demonstrates good cause for the amendment and includes proposed dates for

---

[1] The court emphasizes that these types of statements should be *joint* submissions. Separate statements will not be accepted in the future.

1

CASE NO. 5:12-cv-06257 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; CONTINUING PRELIMINARY PRETRIAL CONFERENCE

1    the amended deadlines.  At this time, all case management deadlines remain as set.

2    2.    The deadline for Plaintiff to file a motion to amend the Complaint to add new parties
3          and to file a stipulated motion to dismiss certain defendants is **March 24, 2014.**
4          Since the deadline to amend the pleadings has expired, any motion to amend the
5          Complaint must demonstrate good cause under Federal Rule of Civil Procedure 16,
6          and must also discuss the standard applicable to amendments under Federal Rule of
7          Civil Procedure 15.

8    3.    The deadline for Plaintiff to file a motion to transfer this action is **April 14, 2014.**  If
9          filed, Plaintiff shall notice such motion for **9:00 a.m. on May 23, 2014.**

**IT IS SO ORDERED.**

Dated:  March 5, 2014

_____
EDWARD J. DAVILA
United States District Judge