

IT IS SO ORDERED
Judge Edward J. Davila
3/25/2014

Chris Reichman SBN 250485
PRATO & REICHMAN, APC
3737 Camino del Rio South, Suite 303
San Diego, CA 92108
Telephone: 619-683-7971
Facsimile: 619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAXIMUM SECURITY ALARM, INC., ANDREW N. HIGGINS, 1TO1 SALES GROUP, LLC, SAVANTIUS, LLC, REVOCALIZE, LLC, BEN GEORGE, and JODY ROOKSTOOL,<br><br>　　　　Defendants. | **Case No.: CV12-6257 EJD**<br><br>**STIPULATED MOTION TO DISMISS DEFENDANTS 1TO1 SALES GROUP, LLC; SAVANTIUS, LLC; REVOCALIZE, LLC; BEN GEORGE; AND JODY ROOKSTOOL**<br><br>Hon. Edward J. Davila |

　　　Pursuant to U.S.C.S. Fed Rules Civ. Proc. R. 41(a)(1)(A)(ii), and based upon the Stipulation of all parties who have appeared in the above captioned action, namely Plaintiff Paul Sapan ("Plaintiff"); Defendants Maximum Security Alarm, Inc; Andrew N. Higgins; 1to1 Sales Group, LLC; Savantius, LLC; Revocalize, LLC; Ben George; and Jody Rookstool (hereinafter collectively referred to as the "Parties"), Plaintiff hereby submits this voluntary dismissal of Defendants 1to1

Sales Group, LLC; Savantius, LLC; Revocalize, LLC; Ben George; and Jody Rookstool (hereinafter "Dismissed Defendants") with prejudice by the Plaintiff without a Court Order.  U.S.C.S. Fed Rules Civ. Proc. R. 41 (a)(1)(A)(ii).  Said stipulation is done pursuant to the fact that it has been entered in the early stage of proceedings in that it has been entered within the deadline set by this Court and that no prejudice will be suffered by said dismissal.

As part of said stipulation, Dismissed Defendants agree to make themselves available for additional discovery needs and/or testimony regarding the facts and circumstances surrounding the above-captioned case.

So Stipulated this 24th day of March, 2014:

| THE RUDD FIRM, P.C. | PRATO & REICHMAN, APC |
|---|---|
| /s/ Meagan L. Rudd | /s/ Chris Reichman |
| Meagan L. Rudd | Chris Reichman |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| *1to1 Sales Group, LLC; Savantius, LLC;Revocalize, LLC; Ben George; and Jody Rookstool* | *Paul Sapan* |

WHIPPLE LAW GROUP

/s/ Jennifer K. Whipple
Jennifer K. Whipple
*Attorneys for Defendants*
*Maximum Security Alarm, Inc. and Andrew N. Higgins*

## ATTESTATION

I hereby attest that Jennifer Whipple has given me approval to file this Stipulated Motion To Dismiss. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 24, 2014                    PRATO & REICHMAN, APC

                                                               /s/ Christopher J. Reichman
                                                  By: Christopher J. Reichman,
                                                  Attorney for Plaintiff,
                                                  PAUL SAPAN

## ATTESTATION

I hereby attest that Meagan Rudd has given me approval to file Stipulated Motion To Dismiss. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 24, 2014                    PRATO & REICHMAN, APC

                                               /s/ Christopher J. Reichman
                                              By: Christopher J. Reichman,
                                              Attorney for Plaintiff,
                                              PAUL SAPAN

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on March 24, 2014.

__X__ Via E-mail:  Pursuant to agreement and stipulation of the parties, I attached the foregoing document in a commonly used format (.pdf) and sent said e-mail to the address listed below from my normal e-mail account (chrisr@prato-reichman.com).

Jennifer Whipple, Esq.
Attorney for Defendants
MAXIMUM SECURITY ALARM, INC.,
ANDREW N. HIGGINS
jwhipple@whipplelawgroup.net

Meagan Rudd, Esq.
Attorney for Defendants
1TO1 SALES GROUP, LLC,
SAVANTIUS, LLC,
REVOCALIZE, LLC,
BEN GEORGE,
JODY ROOKSTOOL
meagan@ruddfirm.com

DATED: March 24, 2014                PRATO & REICHMAN, APC

                                      _/s/ Christopher J. Reichman_____

                                      By: Christopher J. Reichman,
                                      Attorney for Plaintiff,
                                      PAUL SAPAN