Chris Reichman  SBN 250485
ChrisR@Prato-Reichman.com
PRATO & REICHMAN, APC
3737 Camino del Rio South, Suite 303
San Diego, CA 92108

Attorneys for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>            Plaintiff,<br><br>vs.<br><br>MAXIMUM SECURITY ALARM, INC., ANDREW N. HIGGINS, 1TO1 SALES GROUP, LLC, SAVANTIUS, LLC, REVOCALIZE, LLC, BEN GEORGE, and JODY ROOKSTOOL,<br><br>            Defendants. | Case No.: CV12-6257 EJD<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>*Hon. Edward J. Davila* |

- 1 -

Joint Motion For Dismissal

By and through their respective counsels, Plaintiff PAUL SAPAN and the only remaining Defendants MAXIMUM SECURITY ALARM, INCORPORATED and ANDREW N. HIGGINS, give the Court notice that they have settled this matter in its entirety and therefore jointly move and hereby stipulate to the dismissal, <u>with prejudice</u>, of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 41(a).  A proposed order reflecting the dismissal is provided.

DATED: May 7, 2014          **PRATO & REICHMAN, APC**

                                                                    /s/ Christopher J. Reichman _____
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
PAUL SAPAN

DATED: May 7, 2014          **WHIPPLE LAW GROUP**

                                                                    /s/ Jennifer K. Whipple_____
By: Jennifer K. Whipple
**Whipple Law Group**
Attorney for Defendants
MAXIMUM SECURITY ALARM,
INC. and ANDREW N. HIGGINS

- 3 -

## ATTESTATION

I hereby attest that Jennifer K. Whipple has given me approval to file this Joint Motion for Dismissal. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 7, 2014                           **PRATO & REICHMAN, APC**


                                              _/s/ Christopher J. Reichman_____
                                              By: Christopher J. Reichman, Esq.
                                              **Prato & Reichman, APC**
                                              Attorneys for Plaintiff
                                              PAUL SAPAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on this the 7th Day of May, 2014.

\_\_X\_\_ Via ECF

Jennifer K. Whipple
**Whipple Law Group**
228 Hamilton Ave., 3rd Floor
Palo Alto, CA. 94301

DATED: May 7, 2014           **PRATO & REICHMAN, APC**

                                               _/s/ Christopher J. Reichman_
                                               By: Christopher J. Reichman, Esq.
                                               **Prato & Reichman, APC**
                                               Attorneys for Plaintiff
                                               PAUL SAPAN